DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

NICHOLAS BEAUCHENE

Defendant(s).

Magistrate No.  20-9374 (CLW)

**SENTENCING SUBMISSION NOTICE
OF THE UNITED STATES**

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  NICHOLAS BEAUCHENE          .

Date:   November 24, 2021

RACHAEL A. HONIG
Acting United States Attorney

By:   s/Sara F. Merin
Assistant U.S. Attorney